

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2021

No. 04-21-00211-CV

**IN RE** Rebecca **INMON**, Individually and as next friend of R.A.M. and J.S.M., Minors, Relator

Original Proceeding[1]

**ORDER**

The petition for writ of mandamus is DENIED.

It is so **ORDERED** on June 9, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of June, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 15303B pending in the 198th Judicial District Court, Kerr County, Texas, the Honorable Rex Emerson presiding.